10-1-24 P.m
mas ①

Dear. Judge Rice,

Hello, Its Justin Woods I'm writing to you for several Reasons, which I'll go in order from Least important to most important. I'm Facing charges in Miami County, which will be or are already Dropped. I won't discuss any Details because I'm not sure if The cases were dismissed yet or not but my Girlfriend (whom I Love & adore beyond words) has written you I belive is The one who actually (Put The charges on me) has seen The situation for what it actually was and your honor I was set smooth up. Her Babies Father did a few Thangs That made it really seem Like I was a danger To Denna (my Girlfriend) and her

Baby. your honor, I would literally cut my own hands off before I'd hurt a woman or child but he manipulated her and I am an innocent victim of his trickery I'll admit I took my time Turning myself in but I had to Prove to Jenna That it wasnt me doing These Things. once I was apprehended I Was at my address "where I was suppose to be and I didnt resist, The marshals Knocked The door in because my roomate didnt have any clothes on and I had Just woke up to The door being broken down. I apologized To The marshals as well as my roomate, mr. Dean is clearly upset with me because I did not communicate with him but he didnt want to hear anything from me but TO turn myself into miami county →

Now MR. Rice I have nothing bad To say about MR. Dean That man saved my Life last year. I got hooked on Fetynal Real bad and my Life, and merriage Fell apart, I was headed to my grave. MR. Dean Threw me a Life Line and asked me to do inpatitent at access hospital which I did and have been Clean off of Fetnyl for 17months Now. Last year at the end of summer my older Brother donnivan sampson (Donnie) was murdered. MR. Rice, your honor This Tragic incident hit not only my mother, my sister-in-law Jillian (Donnies wife) and his 4 year old Twins addicican and Aurora very hard, but all my other Brothers as well as my Neice's & Nephews who loved Thee uncle "Donnie" so very much, It also crushed me. I had to (in my heart) Remain strong for our Family so I didn't grive or even address his Death Properly I just pushed Forward

The Best way I could, I Threw myself into work (I was working Two Jobs at The time) I was still living with my ex-wife helping with The Bills and Kids, in a Volitle situation To say The Least I held on until I couldn't and The situation Broke down and I had To leave, I met & was talking to Jemma at This time (around New Years 2024) and Amber (my ex wife) found out. She Put a CPO against me, which made state Parole Act and Put me in The montgomery county Jail until They could figure it out. She accused me of some discusting Things, such as abuse and Neglect and I was Proven innocent around That time your honor I was homeless Living in my Brothers shed in The middle of Winter. I relapsed on meth it all got To Just be a lot and I slipped. All This what I am Telling you is in MR. Dern's Report

BG

"The Violation Report," again Mr Dern allowing me a chance to Turn it around which I did. I got hired on with The Iron Workers union Local 290 which is The Best move I've made Thus far with my Life, I also started Pulling my Life Back Together with Jenna's (my Girlfriend) and a handful of other great People including Mr. Dern. I remained Drug free was working 12 to 18 hour days and as well as attempting To Build a New Productive happy, & Beautiful Life with my sweet Jenna and her Precious little 2 year old Vivian who call's me her Papa, I love Them Both unconditionally. They have my heart wrapped around Both of Their Fingers your honor. I helped with half of everything, Bills, Baby sitting, Potty Training which is no easy feat your honor but

I got Vivian using her potty like The Big smart girl she is. I Smile Thinking about Those happy times in which Death Drugs & misdiagnosed mental illness Robbed me of. My mother had a massive heart attack Two days before mothers day This year and Was Placed on life support I as well as two of my Brothers had to make a choice To let her Live hooked up to machines or to let her go be with The good Lord, my mom Made me Promise her The first go round with cancer that she didnt want to be left on machines and as hard as it was I Again had to be strong for my entire Family and allow Them to Unplugg my sweet old mother in my heart she had suffered enough I'm crying rn Just thinking of The overwhelming Loss to my Family losing This Great Woman. The Knolrdge and Wisdom's Love This lady Poesessed Was astounding. I

This man a helping hand in recovery for not only his sake but Vivians as well. I don't know if you recall but my ex wife Amber's Babies father called in during my sentencing and spoke on my behalf (unbeknownst to me) because of similar situations. I'm a child of abandoment, Abuse, Neglect, and no parents growing up so I wanted Vivian to have her father be in her life, I never counted on this kid to maliciously plot against me and completly blind side me, I mean I went from one day me and Jenna are golden to the next I'm blocked on her phone, she refusing to talk to me and then calls from Miami county P.D. calling me trying to get me to tell them info on an incident I was accused of but didn't do. I won't go any further with this story because I haven't been arriganed on

Pg 7

Wasn't So strong being My moms Youngest child "her Baby" she called me even in my 30's which I hated but would give anything to hear her say one more time. I Lost my Way Judge I isolat I started Using Meth and Drinking Daily and went into a really Dark lonely Place, in Which I Pushed everyone away from me, I was self sabotageing my life, carrer, and relationship with The love of my Life. eventually me & Jenna agreed to seperate until I saughot out Drug, Achol, and mental health Treatment. which I did with Clean Slate Recovery I was Properly diagnosed With BPD (Borderline Personality Disorder) Not Bi-Polar and was making leaps & Bounds in my come back story Until Kaden Slambaugh Slithered his way into The Picture. He set me UP for Failure When All I was Trying to do was give

The charges but charges are being Dropped I Just Need Somebody's help (yours hopefully) to have Miami county come along me in court so I can have These absolute false charges dropped and hopefully That will also do away with This violation mess. Your honor I'm Two months away from completing state Parole I was scheduled for discharge in november, I'm supposed To be off of Probation with you next November 2025, my career is on The Line my Freedom is on The Line my Life I feel is on The Line Please help me Judge Rice, Please give me a fighting chance I will gladly put in The ground work I just want to do Iron work, stay sober, complete Probation/Parole, Love, Protect, and care For My Family (Vivian & Sparrow) and continue

to Biuld and create the life That I want & can be proud of, and what other People coming home from Prison can look at and see that it can be done with enough hard work, Perseverence, and understanding. I Sincerly appricate you, MR. Dean, and anyone involved in giving men like me a chance to make it, not Just Push People Through The System, I recognize The level of Professionalism and care your entire court has shown me, No matter which way This situation Ive found myself in goes, Thank you Sincerly your honor. you & MR. Dean have touched my life in such a Positive way god bless and Good bye

Sincerly,

Justin [illegible] Woods