Dear Judge RICE,

My name is Jenna Hoop, girlfriend to Justin Woods. I'm writing you on his behalf. To hopefully give you some insight on who Justin is a how he is as a person. And To speak my voice and advocate for the growing, learning person he is. When I met Justin I couldn't have helped myself by his bright personality his big smile and heart to make everyone around him feel loved. He just has that special effect on people, To make anyone around him to feel loved, heard and seen. Its one of the many things I value about him. When I met Justin he was on his way to get his iron workers Job for the union he was driving, working, sober, and in good spirit. He was actively striving for a better life. After awhile Justin had started staying with me in Troy about 30 mins away from Dayton, in a quite neighborhood, working 12-14 Hour Days waking up at 4 AM To drive a hour and would do it Happily. He would come Home and take care of all the "man" work around the house. Mowing the grass, fixing the cars,

Carrying grocerys in, helping with my two
year old daughter Vivian. Getting her in
and out of the car, caring for her on
Saturdays while I had to work. Justin
played a pivitol role in my life and my
childs. Not only in being physically present
and helping around the house but also
emotionally + mentally. He helped carry the
load of things. Justin was always present,
he was also always learning and eager of
a new way, a new life. I first hand
witnessed the strive and want for a new life,
one withe peace, comfort, no trouble a content
life. He was doing it, getting involved in
church groups, attending church on Sundays,
worshiping, praying, in the house straight after
work, searching for counseling, watching his
enviorment and the people he was hanging around.
He was making the changes, he was putting in
the work. Time passed and we got the news
that his mother had passed. This was right
around mothers day. At first Justin didnt show
much emotion, with his brother being murdered
a year prior I dont think he had processed it
all. Within the same week may daughters

Dad has started to come around. He was not seeing vivian because Drug abuse and failure to be responsible. Justin and I had discussed her dad coming to my house to visit with her. Within 2/3 visits vivians dad had offered Justin to me and It became a snowball Of chaos after. Justin had relapsed in spite of everything that was going on. And the Shenanigans of Kaden (my daughters dad) started. Kaden did not want me but didnt wont anyone else to have me either. Him and Justin had prior altercation before the alleged crimes were committed. Kaden was going back and forth with Justin weeks prior to try and get Justin to fight him. He even made fake Text messages from a Text now to make It look like Justin was threatening him. Kaden Called me and Told me that I needed to put a protection order on Justin so I did. the same day I put one on Justin I was having a sleep over at my aunts house with my daughter. My younger Brother was staying at my house while he was working close by. When my brother got of at 11pm he

walked to my house how he had been. When he got home he noticed Kaden outfront. My daughters dad. Kaden Told Josh my brother that he had stuff for me and vivian. thats why he was there. When I got the call from my brother, I met him at my house and left vivian at my aunts. once I arrived at my house my brother was there but no sign of kaden. once I had talked with the cops I went back to my aunts House. The following morning I go back to my house To find Kaden asleep in my back yard. After waking him up and getting him conscious I begin to ask him what her doing here and why he was there last night. He told me that he was looking for Justin and was wanting to settle their beef. Justin did not do the crimes that he is accused of, he was provoked by my daughters father, he did not force entry my house either, nor did he break in. once I had talked to kaden and realized what was going on. I dropped the protection order and all charges pressed against Justin. I am

Justin, but It was placed on my heart to
speak for him, and about him. He is
a growing Individual, who wants better to
do better and be it. I see the strive
and I see the drive. With that being
said I thank you for your time and
reading this letter.

Sincerely Jenna Hoop

Sep 23RD, 2024